# Exhibit 2

Charted Claims:

Method Claims:16

| US7102643 | Figma Design (“Accused Product”) |
| --- | --- |
| 16. A method of controlling a visual presentation of data to a viewer, the visual presentation comprising a plurality of display configuration states through which data content is presented to a viewer, the presentation being responsive to transition input to transition from a current visual display configuration state to a next visual display configuration | The accused product practices a method of controlling a visual presentation of data (e.g., image frames of a mobile app) to a viewer, the visual presentation comprising a plurality of display configuration states (e.g., frames) through which data content is presented to a viewer, the presentation being responsive to transition input (e.g., click by a user) to transition from a current visual display configuration state (e.g., currently displayed frame) to a next visual display configuration state (e.g., successive frame), the method comprising providing a plurality of transition effects (e.g., dissolve, move-in, move-out etc.).<br><br>As shown below, the accused product is a software for designing and prototyping mobile app interface. The software enables users to insert transition effects such as dissolve, move-in, move-out etc. between successive frames of a mobile app. The app navigates from a currently displayed frame to a next successive frame, based on the user’s input. Users can add a transition effect between each pair of successive frames of the mobile app. |

| | |
|---|---|
| state, the method comprising providing a plurality of transition effects<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen command, etc.), a sensed condition (e.g., the passage of time, the detection of a* | <br>https://www.figma.com/design/ |

| | |
|---|---|
| *particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | <br>https://web.archive.org/web/20221116080609/https://www.figma.com/design/ |

| | |
|---|---|
| | Subscribe to Figma's editorial newsletter<br>SHORTCUT<br>Maker Stories Working Well Inside Figma Insights \| Topics ↓<br>OCTOBER 3, 2019<br>**Designing for top feature requests, like Smart Animate**<br>Nikolas Klein Product Designer, Figma<br>INSIDE FIGMA PROTOTYPING DESIGN<br>https://www.figma.com/blog/announcing-smart-animate-and-advanced-transitions/ |




https://www.figma.com/design/

| | |
|---|---|
| | **What is Figma?**<br><br>Figma is a versatile design and prototyping tool that empowers designers and teams to create interactive prototypes, collaborate seamlessly, and bring their creative ideas to life. It offers a wide range of features for designing and prototyping web and mobile interfaces, making it a valuable asset for design professionals and teams looking to streamline their workflow. Check out these Figma prototyping resources.<br><br>https://www.figma.com/prototyping/ |

| | |
|---|---|
| | Figma Design / Create prototypes / Advanced prototyping / Smart animate layers between frames<br><br>**Smart animate layers between frames**<br><br>**Who can use this feature**<br>Users on any team or plan<br>Users with **can edit access** to a file can create and edit prototypes.<br>Users with **can view access** to a file or prototype can view prototypes.<br><br>Smart animate looks for matching layers, recognizes differences, and animates layers between frames in a prototype.<br><br>You can select **Smart animate** from the list of transitions, when building a prototype. You can also apply **Smart animate** with other transitions to create seamless animations.<br><br>Smart animate allows you to quickly create advanced animations. Use **Smart animate** to replicate:<br>• Loading sequences<br>• Parallax scrolling<br>• Touch gestures, for example Drag, Swipe, Long-Press<br>• Sliders, Toggles and Switches<br>• Expanding content (Show more / Show Less)<br>• Pull to refresh<br><br>https://help.figma.com/hc/en-us/articles/360039818874-Smart-animate-layers-between-frames |




https://www.youtube.com/watch?v=6Id4INKEwb8&t=329s




https://www.youtube.com/watch?v=6Id4INKEwb8&t=329s

| | |
|---|---|
| | **Apply smart animate**<br><br>There are two ways you can use smart animate in your prototypes. As a stand alone transition, or by using **Smart animate matching layers** with another animation.<br><br>**Smart animate**<br><br>Select **Smart animate** in the transition field to animate between two frames.<br><br>1. Open the **Prototype** tab in the right sidebar.<br>2. Select layer, group, or frame in the canvas. A connection node will appear on the right-edge.<br>3. Click on the node and drag it to the next frame to create a connection.<br>4. Define the **Interaction** in the right sidebar by choosing a trigger and action. Figma will set the second frame as the destination.<br>5. In the **Animation** section, select **Smart animate** from the transition field.<br>6. Apply **Easing** to the transition, or change the **Duration** (optional).<br>7. Repeat for any other frames you want to smart animate.<br>8. Click the ▷ in the toolbar to open the prototype in Presentation View.<br><br>https://help.figma.com/hc/en-us/articles/360039818874-Smart-animate-layers-between-frames#h_15ceeba6-3d55-4941-8724-41a7e3e65095 |
| for each pair of potentially successive visual display configuration states, associating a transition effect | The accused product practices for each pair of potentially successive visual display configuration states (e.g., successive frames in a mobile app), associating a transition effect (e.g., dissolve, move-in, move-out etc.).<br><br>As shown below, the accused product enables users to apply a transition effect to each pair of successive frames in a mobile app. The user selects these successive frames and then associate a transition effect to them. |

| | |
|---|---|
| therewith | **Apply smart animate**<br><br>There are two ways you can use smart animate in your prototypes. As a stand alone transition, or by using **Smart animate matching layers** with another animation.<br><br>**Smart animate**<br><br>Select **Smart animate** in the transition field to animate between two frames.<br><br>1. Open the **Prototype** tab in the right sidebar.<br>2. Select layer, group, or frame in the canvas. A connection node will appear on the right-edge.<br>3. Click on the node and drag it to the next frame to create a connection.<br>4. Define the **Interaction** in the right sidebar by choosing a trigger and action. Figma will set the second frame as the destination.<br>5. In the **Animation** section, select **Smart animate** from the transition field.<br>6. Apply **Easing** to the transition, or change the **Duration** (optional).<br>7. Repeat for any other frames you want to smart animate.<br>8. Click the ▷ in the toolbar to open the prototype in Presentation View.<br><br>https://help.figma.com/hc/en-us/articles/360039818874-Smart-animate-layers-between-frames#h_15ceeba6-3d55-4941-8724-41a7e3e65095 |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=6Id4INKEwb8&t=329s |
| receiving transition input indicative to transition from a current visual | The accused product practices receiving transition input (e.g., click by a user) indicative to transition from a current visual display configuration state (e.g., currently displayed frame) to a next visual display configuration state (e.g., successive frame), the transition defining a pair of successive visual display configuration states (e.g., successive frames in a mobile app). |

| | |
|---|---|
| display configuration state to a next visual display configuration state, the transition defining a pair of successive visual display configuration states<br><br>**Col. 3, Line [30-38]**<br><br>*Further, the transition input for transitioning from a current display configuration state to a next display configuration state can be an input such as a user action (e.g., a mouse click, keyboard entry, voice command, touchscreen* | As shown below, mobile app designed using the accused product, navigates from a currently displayed frame to a next successive frame, based on user input such as clicking on a button. Users can add a transition effect between each pair of successive frames of the mobile app.<br><br><br><br>https://www.youtube.com/watch?v=6Id4INKEwb8&t=329s |

| | |
|---|---|
| *command, etc.), a sensed condition (e.g., the passage of time, the detection of a particular party speaking, the detection of motion in a video frame, etc.), or an automated action (such as automatically transitioning out of a state once the state is drawn).* | <br>https://www.youtube.com/watch?v=6Id4INKEwb8&t=329s |
| during the transition from the current visual display configuration | The accused product practices during the transition from the current visual display configuration state (e.g., currently displayed frame) and the next visual display configuration state (e.g., successive frame), presenting to the viewer the transition effect (e.g., dissolve, move-in, move-out etc.) associated with the defined pair of successive visual display configuration states (e.g., successive frames in a mobile app). |

| | |
|---|---|
| state and the next visual display configuration state, presenting to the viewer the transition effect associated with the defined pair of successive visual display configuration states. | As shown below, the accused product adds the transition effect that the user has selected (e.g., from “animation” dropdown) while transitioning (based on user input such as click) from a currently displayed frame to a successive frame.<br><br>**Apply smart animate**<br><br>There are two ways you can use smart animate in your prototypes. As a stand alone transition, or by using **Smart animate matching layers** with another animation.<br><br>**Smart animate**<br><br>Select **Smart animate** in the transition field to animate between two frames.<br><br>1. Open the **Prototype** tab in the right sidebar.<br>2. Select layer, group, or frame in the canvas. A connection node will appear on the right-edge.<br>3. Click on the node and drag it to the next frame to create a connection.<br>4. Define the **Interaction** in the right sidebar by choosing a trigger and action. Figma will set the second frame as the destination.<br>5. In the **Animation** section, select **Smart animate** from the transition field.<br>6. Apply **Easing** to the transition, or change the **Duration** (optional).<br>7. Repeat for any other frames you want to smart animate.<br>8. Click the ▷ in the toolbar to open the prototype in Presentation View.<br><br>https://help.figma.com/hc/en-us/articles/360039818874-Smart-animate-layers-between-frames#h_15ceeba6-3d55-4941-8724-41a7e3e65095 |




https://www.youtube.com/watch?v=6Id4INKEwb8&t=329s

Smart animate now moves us smoothly between each frame in our prototype!




https://help.figma.com/hc/en-us/articles/360039818874-Smart-animate-layers-between-frames#h_15ceeba6-3d55-4941-8724-41a7e3e65095